JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEVAR BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>LEROY D. BACA, et al.,<br><br>    Respondent. | Case No. CV 12-3593-VAP (MLG)<br><br>JUDGMENT |

    IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: June 11, 2012

Virginia A. Phillips
United States District Judge